AUSTIN D. SAYLOR, Oregon Bar No. 085614
GUS MAXWELL, California Bar No. 326800
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
c/o U.S. Attorney's Office, District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97034
(202) 598-7867
Austin.Saylor@usdoj.gov

*Attorneys for Plaintiff United States of America*
(Additional attorneys listed on signature page)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PANTHERC LLC and LAURENT COMTE,<br><br>Defendants. | Case No. 4:25-cv-17-REP<br><br>**PLAINTIFF'S MOTION FOR 60-DAY ABEYANCE** |

Plaintiff United States of America respectfully moves the Court to hold this matter in abeyance for 60 days to allow staff at the United States Department of Justice (DOJ) and the United States Environmental Protection Agency (EPA) to coordinate and brief leadership on the details of this case.

Plaintiff's Complaint, filed on January 14, 2025, alleges that Defendants PantherC LLC and Laurent Comte discharged pollutants to waters of the United States in violation of Section 301 of the Clean Water Act, 33 U.S.C. § 1311. ECF No. 1 ¶ 1. As we reported in our April 10 motion for extension of time to serve the complaint and summons, we have thus far succeeded in

serving Defendant PantherC LLC, but not Defendant Laurent Comte. ECF No. 4 at 1–2. The Court has extended the United States' period for serving Defendant Laurent Comte with the complaint and summons under Federal Rule of Civil Procedure 4(m) to May 14, 2025. ECF No. 5. We continue to work to serve Mr. Comte within this period. No counsel has entered an appearance on behalf of either Defendant or otherwise indicated to the United States that they intend to represent a Defendant in this matter.

Separately, and in light of the recent transition in presidential administrations, DOJ and EPA staff need time to coordinate and brief decisionmakers about this case. We therefore request that the Court hold this matter in abeyance for a 60-day period, except for Plaintiff's still-pending obligation to serve Mr. Comte under Rule 4(m). By May 14, we plan to either effect service upon Mr. Comte, or to further apprise the Court of our efforts to do so.

This Court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). The Court may exercise that power to "promote economy of time and effort for itself, for counsel, and for litigants." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). In determining whether an abeyance is appropriate, courts weigh competing interests, including "the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Id.* Courts routinely grant stays or abeyance where, as here, there is a change in administration. *See, e.g.*, Order (Docket Entry No. 20), *American Free Enterprise Chamber of Commerce v. EPA*, Case No. 25-89 (9th Cir. Feb. 19, 2025); Order (Docket Entry No. 13), *Alaska Community Action on Toxics v. EPA*, Case No. 21-70168 (9th Cir. Apr. 6, 2021); *United States v. Ace Black Ranches*, Case No. 1:24-cv-113-DCN (D. Idaho Mar. 27, 2025).

Abeyance will not prejudice the parties and could preserve the resources of the parties and the Court. Good cause thus exists for the requested abeyance. For the foregoing reasons, we ask the Court to place this matter in abeyance for 60 days, except for Plaintiff's service of the complaint and summons on Defendant Laurent Comte.

DATED: April 29, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

JUSTIN D. WHATCOTT
Acting United States Attorney

CHRISTINE G. ENGLAND
Assistant United States Attorney
District of Idaho 1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Facsimile: (208) 334-9375
Email: Christine.England@usdoj.gov

*<u>/s/ Gus Maxwell</u>*
AUSTIN D. SAYLOR
Senior Attorney
Environmental Defense Section
United States Department of Justice
Environment & Natural Resources Division
c/o U.S. Attorney's Office, District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97034
(202) 598-7867
Austin.Saylor@usdoj.gov

GUS MAXWELL
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
999 18th Street; North Terrace; Suite 600
Denver, CO 80202
(303) 844-1347
Gustavus.Maxwell@usdoj.gov

OF COUNSEL:
PATRICK JOHNSON
Senior Water Law Attorney
Office of Regional Counsel
United States Environmental Protection Agency
Region 10, Alaska Operations Office
222 West 7th Avenue, No. 19
Anchorage, AK 99513
(907) 271-3914
Johnson.Patrick@epa.gov

*Attorneys for Plaintiff*