LAURA J. BROWN (PA Bar No. 208171)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Laura.j.s.brown@usdoj.gov

*Attorney for Plaintiff United States of America*
(Additional attorneys listed on signature page)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PANTHERC LLC and LAURENT COMTE,<br><br>Defendants. | Case No. 4:25-cv-17-REP<br><br>**UNITED STATES' MOTION TO EXTEND TIME FOR SERVICE ON DEFENDANT LAURENT COMTE** |

Plaintiff United States of America respectfully asks the Court for a 30-day extension of time to serve Defendant Laurent Comte (that is, extending the current June 30, 2025 deadline to July 30, 2025). The United States has diligently attempted to serve Mr. Comte with copies of the Complaint and Summons. Since the Court last extended the time for service, the United States delivered a copy of the Complaint and Summons to Mr. Comte's trailer in Lemhi County, Idaho, where he reportedly resides in the summer months. However, no one was present at the trailer at that time. The United States recently learned that Mr. Comte will be present in this District on July 18, 2025, to attend a court-ordered mediation in connection with a state lawsuit brought by the Idaho Department of Water Resources arising from some of the same conduct underlying the United States' claims, *Idaho Department of Water Resources v. Laurent Comte, et al.*, No. CV-

30-23-0191 (Seventh Judicial District, Lemhi County) (the "State court action"). The United States intends to attempt personal service of the Complaint and Summons on that date and respectfully requests an extension of time to do so.

## FACTUAL BACKGROUND

The United States' Complaint, filed on January 14, 2025, alleges that Defendants PantherC LLC and Laurent Comte discharged pollutants to waters of the United States in violation of Section 301 of the Clean Water Act, 33 U.S.C. § 1311. ECF No. 1 ¶ 1. The United States has succeeded in serving Defendant PantherC LLC, but not Defendant Laurent Comte. ECF No. 4 at 1–2. The Court has extended the United States' period for serving Defendant Laurent Comte with the Complaint and Summons under Federal Rule of Civil Procedure 4(m) to June 30, 2025. ECF No. 11.

The following events are relevant to the United States' service of Mr. Comte:

1. On January 15, 2025, the day after filing the Complaint, counsel for the United States emailed attorney Robert L. Harris of Holden, Kidwell, Hahn & Crapo, P.L.L.C., a law firm in Idaho Falls, Idaho, to advise him of the filed lawsuit and provide courtesy copies of the Complaint and Summons in this matter. Declaration of Austin D. Saylor ("Saylor Decl."), ECF 10-1, ¶ 3. Mr. Harris had represented Defendants Mr. Comte and PantherC LLC in a phone call and written correspondence with counsel for the United States regarding our claim in fall 2024. *Id.* We understand that Mr. Harris presently represents Defendants in the State court action. Saylor Decl., ECF 10-7, ¶ 7. Mr. Harris did not respond to our January 15 email regarding the filing of the Complaint. *Id.* ¶ 3.

2. On January 27, copies of the Complaint, Summons, and requests for waiver of service were delivered to Mr. Comte's residential address in Annapolis, Maryland via certified

mail under Federal Rule of Civil Procedure 4(e) (permitting service consistent with state law in the jurisdiction where service was made) and Maryland Rule 3-121(a)(3) (permitting service by certified mail). *See* Saylor Decl., ECF 10-1, ¶ 4. We received a signed receipt for that mailing, listing the printed name "COMTE" followed by a series of unintelligible letters. *Id*. No service waiver was returned. This service was substantially compliant with Maryland Rule 3-121(a).

3. On February 11, we again emailed Mr. Harris to ask whether Mr. Comte planned to return the service waiver. Three weeks later, Mr. Harris replied that Mr. Comte was still considering counsel to represent him in this matter, and that he was thus not authorized to return the service waivers on Mr. Comte's behalf. Saylor Decl., ECF 10-1, ¶ 5.

4. On March 5, the United States Army Corps of Engineers received a report from the firm Kagel Environmental LLC purporting to assess environmental conditions at the property that is the subject of the Complaint. Saylor Decl., ECF 10-1, ¶ 8. The case name and number for this lawsuit is listed conspicuously on the cover page of that report: "*USA v. PantherC LLC and Laurent Comte*, Case 4:25-cv-00017-REP." *Id.* at 9. The cover page states that the report was prepared for Mr. Harris of Holden, Kidwell, Hahn & Crapo, P.L.L.C., and the executive summary of the report refers to Mr. Harris as "representing both Mr. Larry Comte of PantherC LLC and the entity itself in the above-referenced matter." *Id.*

5. On April 9, a process server successfully served Defendant PantherC LLC by delivering the Complaint and Summons to the LLC's registered agent in Post Falls, Idaho. *See* ECF No. 6 (Summons Returned Executed). Mr. Comte is the sole member of PantherC LLC. Saylor Decl., ECF 10-1, ¶ 10.

6. On April 10, a process server attempted to serve Mr. Comte at his residential address in Annapolis, Maryland. The process server reported that no one answered the door.

Saylor Decl., ECF 10-1, ¶ 11. The process server further noted that "[t]here is a realtor sign and a master lock in the front flower beds but the dwelling has furniture visible from the outside." *Id.*

7. On April 12, a process server attempted to serve Mr. Comte at a Challis, Idaho property he owns according to State of Idaho and local records. This attempt was unsuccessful as well. The process server noted there that "[t]he property appeared vacant," and that a neighbor reported that Mr. Comte does not live at that address. Saylor Decl., ECF 10-1, ¶ 12.

8. On June 12, Mr. Gregory Stuart, a law enforcement officer for the United States Forest Service, delivered a copy of the Complaint and Summons to a trailer that is owned by PantherC LLC and is located on the property that is the subject of the Complaint. Declaration of Laura J. Brown ("Brown Decl.") ¶ 3 (citing Exhibit 1, Proof of Service). On information and belief, Mr. Comte resides in the trailer during the summer months. No one was present at the trailer at the time of attempted service. *Id.* Officer Stuart left the Complaint and Summons in a weather resistant package at the trailer. Officer Stuart also ran the license plate and confirmed that the trailer is registered to PantherC LLC, of which Mr. Comte is the only member.

9. As noted above, the United States recently learned that Mr. Comte is required to appear in-person at a court ordered mediation on July 18, 2025, in Salmon, Idaho in connection with the State court action. Brown Decl. ¶ 4 (citing Exhibit 2, State-court order). The United States intends to attempt to serve him in-person that day. Brown Decl. ¶ 5

## **ARGUMENT**

There is good cause to allow the United States an additional 30 days to effect service on Defendant Laurent Comte because the United States continues to diligently pursue this case. Federal Rule of Civil Procedure 4(m) sets out a 90-day period after the filing of the complaint for a defendant to be served. *See* Fed. R. Civ. P. 4(m). The rule also provides that, "if the plaintiff

shows good cause for the failure [to serve], the court must extend the time for service for an appropriate period." *Id.* "District courts have broad discretion to extend time for service under Rule 4(m)." *Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007). Rule 4(m)'s 90-day time period for service "operates not as an outer limit subject to reduction, but as an irreducible allowance." *Henderson v. United States*, 517 U.S. 654, 661 (1996). As described in detail above, the United States has diligently attempted to serve Defendant Laurent Comte and will continue to do so. The United States ask the Court, for good cause, to extend the United States' period for serving the Complaint and Summons under Rule 4(m) by an additional 30 days, to July 30, 2025.

DATED: June 26, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

JUSTIN D. WHATCOTT
Acting United States Attorney

CHRISTINE G. ENGLAND
Assistant United States Attorney
District of Idaho 1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Facsimile: (208) 334-9375
Email: Christine.England@usdoj.gov

*/s/Laura J. Brown*
LAURA J. BROWN
Senior Attorney
Environmental Defense Section
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

OF COUNSEL:
PATRICK JOHNSON
Senior Water Law Attorney
Office of Regional Counsel
United States Environmental Protection Agency

Region 10, Alaska Operations Office
222 West 7th Avenue, No. 19
Anchorage, AK 99513
(907) 271-3914
Johnson.Patrick@epa.gov

*Attorneys for Plaintiff*