LAURA J. BROWN (PA Bar No. 208171)
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Laura.j.s.brown@usdoj.gov

*Attorney for Plaintiff United States of America*
(Additional attorneys listed on signature page)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PANTHERC LLC and LAURENT COMTE,<br><br>Defendants. | Case No. 4:25-cv-17-REP<br><br>**UNITED STATES' MOTION FOR ABEYANCE** |

Pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rule 7, the United States respectfully moves the Court to hold this matter in abeyance for 120 days, to and including January 23, 2027, to allow the United States time to evaluate the potential impacts of pending administrative proceedings on this case. Defendants PantherC LLC and Laurent Comte oppose this motion. The grounds for the motion are set forth below:

1. This is a civil action against Defendants brought under Section 309 of the Clean Water Act. 33 U.S.C. § 1319. The United States alleges that Defendants discharged pollutants to waters of the United States in violation of Section 301 of the Clean Water Act, 33 U.S.C. § 1311.

2. On November 17, 2025, the U.S. Environmental Protection Agency ("EPA") and the U.S. Department of the Army (the "Agencies") announced a proposed rule clarifying the

definition of "waters of the United States." The proposed rule was published in the Federal Register on November 20, 2025, and was open for a 45-day public comment period that closed on January 5, 2026. No final rule has been published. The Agencies received more than 200,000 comments. *See* https://www.regulations.gov/document/EPA-HQ-OW-2025-0322-0001 (last visited Sept. 22, 2026).

3. After consideration of the public comments received on the November 2025 proposal, on September 4, 2026, the Agencies announced a Supplemental Notice of Proposed Rulemaking to gather input on additional regulatory alternatives on certain aspects of the proposed rule updating the definition of "waters of the United States." *See* https://www.epa.gov/wotus/updated-definition-waters-united-states (last visited Sept. 22, 2026). The supplemental notice was published in the Federal Register on September 9, 2026. 91 Fed. Reg. 57,284 (Sept. 9, 2026). The Agencies will accept public comment on the supplemental notice until October 9, 2026, or 30 days after publication in the Federal Register. *Id.* The Agencies plan to take final action on the rulemaking after considering comments on the supplemental notice along with the comments received on the 2025 proposed rule.

4. The United States seeks to hold this case in abeyance to evaluate to what extent, if at all, the positions taken in this litigation may be affected by the Agencies' ongoing administrative processes.

5. This Court has "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). In determining whether an abeyance is

appropriate, this Court weighs competing interests, including "the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

6. The requested abeyance would further judicial economy, conserve the parties' resources, and promote the efficient and orderly disposition of this case.

7. For the foregoing reasons, the Court should hold this case in abeyance for 120 days until January 23, 2027, and direct the United States to file a status report and proposal for further proceedings at the conclusion of the abeyance. A proposed order is attached to this motion and will be emailed to chambers.

DATED: September 25, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BART M. DAVIS
United States Attorney

CHRISTINE G. ENGLAND
Assistant United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Facsimile: (208) 334-9375
Email: Christine.England@usdoj.gov

*/s/Laura J. Brown*
LAURA J. BROWN
Senior Attorney
Environmental Defense Section
SHEILA McANANEY
Senior Attorney
Environmental Enforcement Section

United States Department of Justice
Energy & Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Email: Laura.J.S.Brown@usdoj.gov
Sheila.McAnaney@usdoj.gov
Telephone: (202) 305-5314 (Brown)
(202) 353-5316 (McAnaney)

OF COUNSEL:
PATRICK JOHNSON
Senior Water Law Attorney
Office of Regional Counsel
United States Environmental Protection Agency
Region 10, Alaska Operations Office
222 West 7th Avenue, No. 19
Anchorage, AK 99513
(907) 271-3914
Johnson.Patrick@epa.gov

*Attorneys for Plaintiff*