RACHAEL KAMONS, MD Bar
United States Department of Justice
Energy & Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
(202) 598-9739
Rachael.Kamons@usdoj.gov

*Attorney for Plaintiff United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PANTHERC LLC and LAURENT COMTE,<br><br>Defendants. | Case No. 4:25-cv-00017-REP<br><br>NOTICE OF APPEARANCE |

Rachael Kamons notes her appearance as counsel for plaintiff United States of America in this case.

Dated: November 17, 2026

Respectfully submitted,

/s/ Rachael Kamons
RACHAEL KAMONS
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611 Washington, DC 20044
Tel: (202) 598-9739
Email: Rachael.Kamons@usdoj.gov